IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

|  |  |  |
|---|---|---|
| **IN RE:** | * | |
| STEPHANIE COLLINS | * | Chapter 13 |
| Debtor | * | Case No.: 19-19276 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

|  |  |  |
|---|---|---|
| STEPHANIE COLLINS | * | |
| Movant | * | |
| Vs. | * | |
| DELAWARE TITLE LOANS, INC | * | |
| Respondent | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### AMENDED OBJECTION TO PROOF OF CLAIM OF DELAWARE TITLE LOANS, INC AND REQUEST EVIDENTIARY HEARING AND FOR A SCHEDULING ORDER

NOW COMES, Stephanie Collins (hereinafter "Movant"), by her attorneys KIM PARKER, AND THE LAW OFFICES OF KIM PARKER, P.A., pursuant Federal Rules of Bankruptcy Procedure 3007 files this Objection to Proof of Claim of Delaware Title Loans Inc., and for cause state:

1.  Delaware Title Loans Inc., (hereinafter "Respondent") filed a secured proof of claim ("POC") in the amount of $2168.00 that is docketed as Claim Number 13-1.

2.  Movant objects to the proof of claim on the basis that the claim mischaracterizes the debt as secured and the amount claimed does not adequately represent what is owed to the Respondent. Specifically, the vehicle at issue voluntarily surrendered in 2019 in lieu of payment on the title loan. The sole lien on the vehicle was Delaware Title.

3. The Respondent have not provided sufficient evidence supporting its claim of $2168.00, especially in light of the Movant's assertions that Respondent took possession of the vehicle in 2019.

5. The Movant therefore objects to the proof of claim, in its entirety and request that the claim be disallowed.

6. Movant request that the Court schedule this matter for an evidentiary hearing and issue a scheduling order.

WHEREFORE, for the foregoing reasons, Movant respectfully request that the Objection to Proof of Claim be sustained.

Respectfully Submitted,

/s/ Kim Parker
_____
Kim Parker, Esq. Bar No.: 23894
Law Offices of Kim Parker, P.A.
2123 Maryland Ave
Baltimore, Maryland 21218
410-234-2621
F: 410-234-2612
E. kp@kimparkerlaw.com

19-14593

**NOTICE OF OPPORTUNITY TO RESPOND PURSUANT TO RULE 3007**

Debtor, Stephanie Collins, has filed an objection to your proof of claim in this bankruptcy case. Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case. (If you do not have a lawyer, you may wish to consult one.) If you do not want the court to grant the Opposition to the Proof of Claim, or if you want the court to consider your views on the motion, then:(1) within thirty days after the date of the certificate of service of the Objection, the claimant may file and serve a memorandum in opposition, together with any documents and other evidence the claimant wishes to attach in support of its claim, unless the claimant wishes to rely solely upon the proof of claim; (2) an interested party may request a hearing that will be held in the court's discretion.

Please mail a copy of the memorandum in opposition to: Kim Parker, Esq., The Law Offices of Kim Parker, P.A., 2123 Maryland Avenue, Baltimore, Maryland 21218.

If you mail rather than deliver, your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the court will receive it no later than thirty (30) days from the date of this Motion. If you fail to timely respond, the Court may dispose of your claim in accordance with the relief sought in this Motion.

19-14593

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on this 22nd day of **May, 2020** copy of the foregoing **Objection to Proof of Claim** and Notice was served by the Courts ECF Noticing System Chapter 13 Trustee, Robert S. Thomas, II and Kimberly Tisdale at <bknotices@clacorp.com>, and via US Mail postage prepaid to

Terry E. Fields, CFO
Delaware Title Loans, Inc.
707 S. Union Street
Wilmington, DE 19805

           /s/_Kim Parker_____
Kim Parker, Esquire
Counsel to Movant