**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND BALTIMORE DIVISION**

| | | |
|---|---|---|
| IN RE: | * | |
| STEPHANIE COLLINS | * | Chapter 13 |
| Debtor | * | Case No.: 19-19 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DEBTOR'S MOTION FOR AUTHORITY TO OBTAIN CREDIT
(SBA EIDL LOAN)**

NOW COMES, Stephanie Collins, (hereinafter referred as the "Movant" or "Debtor", respectfully), by and through her undersigned counsel, and moves this Honorable Court, Pursuant to 11 USC §364, and for reasons state:

1. On July 8th, 2019, the Debtor filed a voluntary petition for relief under Title 11, Chapter 13 of the Bankruptcy Code.

2. This Court has jurisdiction over the matters presented herein, which are core in nature, pursuant to 28 U.S.C. §157(b)(2)(A) and (D), 28 U.S.C. §1334, and 11 U.S.C. §364.

3. The Debtor's Chapter 13 Plan of Reorganization was approved and confirmed by the Court on December 04, 2020. See Exhibit A attached.

4. Under the terms of Debtor's Proposed Plan (the "Plan"), Debtor is currently required to make monthly payments of $540.00 per month, and starting in approximately one month $857.00 to the Trustee for the next 32 months for a total term of sixty (60) months. Debtor also agreed to make payments, in the amount(s) of $514.00 per month, directly to her secured lender, Westlake Financial for the 2019 Promaster vehicle currently in use in the operation of her delivery service business.

5. As of this writing, the Debtor is current with her plan payments to the Trustee and her secured creditors.

6. The Debtor desires to incur secured debt to retrofit the commercial Ram Promaster vehicle currently in use in her business by purchasing and installing a lift gate and a power jack, referred to as a Global Industrial HP2SL. Currently, the Debtor is limited to delivering items that she can load herself manually which is difficult for her physically. See debtor statement attached marked Exhibit B.

7. The SBA Economic Injury Disaster Loan (EIDL) is a special SBA loan program for small businesses affected by the COVID pandemic, (the "Lender"). A crucial requirement of the loan program respecting Debtors in bankruptcy is they must first obtain Court approval for the loan, prior to a determination by the SBA to approve the loan. The Debtor is eligible to obtain the loan as she currently meets all other conditions of the loan, the only missing component is the Court's approval permitting her to incur secured debt. The loan is for a period of 30 years, at 3.75% interest rate. The payments would be deferred for 24 months after funding. The SBA will determine the specific amount of the loan. The SBA EIDL program ends December 31, 2021 or when the funds are exhausted whichever comes sooner. Exhibit C.

8. The proposed loan being sought by the Debtor is between $7500.00 to $10,000.00 for the specific purposes of allowing the Debtor to retrofit her vehicle that would allow her earn at the highest capacity in her business. The EIDL currently has funds to lend but the deadline for the program end date is fast approaching.

9. The repayment of the loan will not affect Debtor(s) ability to make Plan payments in the future. In particular, the repayment of the debt would not commence until the Debtor is in the last few remaining months of her bankruptcy.

10. Debtor would suffer prejudice if her Motion is denied.

WHEREFORE, debtor pray(s) that after notice, the expiration of all legal delays, and hearing, that this Motion for Authority to Obtain Credit be granted and Debtor be authorized to and for such other and further relief as may be deemed just and proper.

>Respectfully Submitted,
>Kim Parker
>\_\_\_\_\_/s/_____
>Kim Parker, Esquire
>Fed. Bar No.: 23894
>THE LAW OFFICES OF KIM PARKER, P.A.
>2123 Maryland Avenue
>Baltimore, Maryland 21218
>410-234-2621
>F: 410-234-2612
>E: kp@kimparkerlaw.com
>Counsel for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of November 2021, a copy of the foregoing Motion and Notice of Hearing, was mailed, first class mail, postage prepaid to: All Creditors on the attached Creditor Index. ***Via Electronic Notice*** Rebecca A. Herr, Esquire, Chapter 13 Trustee

>\_\_\_\_\_/s/\_Kim Parker_____
>Kim Parker, Esquire